

ACCEPT AS ORIGINAL

**Texas Department of Criminal Justice**

# STEP 2  OFFENDER GRIEVANCE FORM

Offender Name: CARL WAYNE BUNTION   TDCJ # 000993
Unit: POLUNSKY   Housing Assignment: 12-AA-01
Unit where incident occurred: POLUNSKY

**OFFICE USE ONLY**
Grievance #: 2022071008
UGI Recd Date: MAR 2 5 2022
HQ Recd Date: APR 0 6 2022
Date Due: MAY 0 4 2022
Grievance Code: 100
Investigator ID#: I2620
Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

I AM APPEALING THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S POLICY BECAUSE AT THIS TIME THE SPIRITUAL ADVISOR IS NOT ALLOWED TO TOUCH THE INMATE OR PRAY OUT LOUD ONCE INSIDE THE EXECUTION CHAMBER. I HAVE REQUESTED THAT MY SPIRITUAL ADVISOR BE ALLOWED TO TOUCH MY BODY AND PRAY OUT LOUD ONCE INSIDE THE EXECUTION CHAMBER. MY SPIRITUAL ADVISOR IS BARRY BROWN.

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

_____
_____
_____
_____
_____
_____

Offender Signature: *Carl Wayne Buntion*　　　　Date: 03-21-2022

Grievance Response:




If your spiritual advisor is approved to be present inside the execution chamber during your execution pursuant to the established pre-approval process, your spiritual advisor will be escorted into the execution chamber by a TDCJ representative, who will stand next to your spiritual advisor throughout the execution. During the execution, your spiritual advisor will be allowed to:

1. Stand at the foot of the gurney and touch your foot;
2. Pray aloud at a reasonable volume when prompted by the Warden; and
3. Pray silently at all other times.

Your spiritual advisor will not be able to pray aloud while the CID Director or the Warden are speaking or when you are giving your last statement.

Signature Authority: *J. RILEY*　　　　Date: 4/6/2022

Returned because:　　*Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Appendix G